















```
TKL    5/8/01    12:26
3:96-CV-01431   POWERS V. EICHEN
*138*
*M.*
```

1  Lawrence W. Schonbrun, Esq. (CSB No. 054519)
   Law Offices of Lawrence W. Schonbrun
2  86 Eucalyptus Road
   Berkeley, CA 94705
3  Tel: (510) 547-8070

4  Attorney for Plaintiff Class
   Member and Objector Wilfred George

FILED
01 MAY -7 AM 11:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT POWERS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL EICHEN, et al.,<br><br>Defendants. | Class Action<br><br>No. 96-1431-B (AJB)<br><br>NOTICE OF INTENTION TO SEEK AWARD OF REASONABLE ATTORNEY'S FEES AND EXPENSES; REQUEST TO SET HEARING DATE |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff class member/objector Wilfred George (hereinafter "Objector") hereby notifies the parties and the Court that objector intends to file an application for an award of reasonable attorney's fees and expenses for legal services performed in connection with his appearance in response to the "Notice of Pendency and Settlement of Class Actions and Settlement Hearing," and participation both at the district court level and the appellate level in the above-referenced matter.

PLEASE TAKE FURTHER NOTICE that plaintiff class objector hereby requests that the Court set a hearing date on objector's



Notice of Intention to Seek Award of Reasonable Attorney's
Fees and Expenses; Request to Set Hearing Date                 1

application for an award of reasonable attorneys' fees and expenses.

For the reasons set forth in the accompanying declaration, objector requests that the hearing date be set no earlier than 45 days from the date that the Court rules on this request. Objector will itemize his time and expenses present this itemization to the Court and counsel no later than 10 days prior to the date set for the hearing by the Court, unless the Court, in its order, requests the submission of this information at an earlier date.

To date, objector's counsel has not received any payment for services rendered on behalf of objector in this litigation, nor has his counsel been reimbursed for any out-of-pocket expenses. The fee requested will compensate objector's counsel for his efforts in achieving a precedent-setting ruling on standing, for the remanding of the award of attorneys' fees to the district court for further explanation, and for the risk in undertaking the representation of objector on a contingency basis.

This notice is based on the accompanying memorandum of points and authorities, declaration of Lawrence W. Schonbrun, the pleadings presently on file in this case, and such other evidence as may be considered by the Court.

Dated: May 4, 2001

Respectfully submitted,

*Lawrence W. Schonbrun*
Lawrence W. Schonbrun
Attorney for plaintiff class member/objector Wilfred George

## PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Alameda, California. I am over the age of 18 years and not party to the within action; my business address is 86 Eucalyptus Road, Berkeley, California 94705.

On May 4, 2001, I served the attached

NOTICE OF INTENTION TO SEEK AWARD OF REASONABLE ATTORNEY'S FEES AND EXPENSES and REQUEST TO SET HEARING DATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LAWRENCE W. SCHONBRUN IN SUPPORT THEREOF; [PROPOSED] ORDER

on the below-named parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Berkeley, California, addressed as follows:

Keith F. Park, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach
600 West Broadway, Ste. 1800
San Diego, CA 92101

Robert W. Brownlie, Esq.
Gray, Cary, Ware & Freidenrich
401 B Street, Ste. 1700
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2001, at Berkeley, California.

*Sandra Norris*
Sandra Norris